UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GEOFFREY MARK TALSMA,
a/k/a GEOFFREY MARK HAYS TALSMA,
GREGORY MARK GLEESING,
LOVEDEEP SINGH DHANOA,
a/k/a PRINCE DHANOA, and
PAUL STEVEN LARSON,

        Defendants.

_____/

**MOTION TO SEAL**

The United States of America, by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Ronald M. Stella, Assistant United States Attorney, moves this court to seal the Indictment in the above entitled case in order that the execution of the arrest warrants be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendants are advised of these proceedings, arrested, the investigation is completed, or further order of this court.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: 10/5/2021

_____
RONALD M. STELLA
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated:  10/5/2021

_____
PHILLIP J. GREEN
United States Magistrate Judge
United States District Court