UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                              No.:

    vs.

GEOFFREY MARK TALSMA,                    **INDICTMENT**
a/k/a GEOFFREY MARK HAYS TALSMA,    **PENALTY SHEET**
GREGORY MARK GLEESING,
LOVEDEEP SINGH DHANOA,
a/k/a PRINCE DHANOA, and
PAUL STEVEN LARSON,

        Defendants.
_____/

## GEOFFREY MARK TALSMA, a/k/a GEOFFREY MARK HAYS TALSMA

### COUNTS 1-17 – Mail Fraud – 18 U.S.C. § 1341

**Maximum Penalty**: Not more than 20 years in prison and/or a fine of $250,000, or twice the gross loss or gross gain, whichever is greater [18:1341; 18:3571(b)(3), (d)]

**Supervised Release**: Not more than 3 years [18:3583(b)(2) (Class C Felony – 18:3559(a)(3))]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

### COUNTS 18-26 – Wire Fraud – 18 U.S.C. § 1343

**Maximum Penalty**: Not more than 20 years in prison and/or a fine of $250,000, or twice the gross loss or gross gain, whichever is greater [18:1343; 18:3571(b)(3), (d)]

**Supervised Release**: Not more than 3 years [18:3583(b)(2) (Class C Felony – 18:3559(a)(3))]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**COUNTS 27-28– Aggravated Identity Theft – 18 U.S.C. § 1028A(a)(1)**

**Maximum Penalty**:  Mandatory 2 years in prison, which must be served consecutively to any other prison sentence for the first conviction, and a $250,000 fine [§1028A(a)(1), 18 U.S.C. § 3571(b)(3)]

Court has discretion to impose concurrent or consecutive sentence for each additional conviction [§ 1028A(b)(4)]

**Supervised Release**:  Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18 U.S.C. § 3559)

**Special Assessment**:  $100 [18 U.S.C. § 3013]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

**COUNTS 29 – Interstate Transportation of Stolen Property -18 U.S.C. § 2314**

**Maximum Penalty**:  Not more than 10 years in prison and/ a fine of $250,000, or twice the gross loss or gross gain, whichever is greater [18:2134; 18:3571(b)(3), (d)]

**Supervised Release**:  Not more than 3 years [18:3583(b)(2) (Class C Felony – 18:3559(a)(3))]

**Special Assessment**:  $100 [18 U.S.C. § 3013]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

**COUNTS 30-31 – False Statement to the FBI – 18 U.S.C. § 1001(a)(2)**

**Maximum Penalty**:  Not more than 5 years in prison and/or a $250,000 [18:1001(a)(2); 18:3571]

**Supervised Release**:  Not more than 3 years [18:3583(b)(2) (Class D Felony – 18:3559(a)(3))]

**Special Assessment**:  $100 [18 U.S.C. § 3013]

## **GREGORY MARK GLEESING**

### **COUNTS 1-17 – Mail Fraud – 18 U.S.C. § 1341**

**Maximum Penalty**:  Not more than 20 years in prison and/or a fine of $250,000, or twice the gross loss or gross gain, whichever is greater [18:1341; 18:3571(b)(3), (d)]

**Supervised Release**:  Not more than 3 years [18:3583(b)(2) (Class C Felony – 18:3559(a)(3))]

**Special Assessment**:  $100 [18 U.S.C. § 3013]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

## **LOVEDEEP SINGH DHANOA a/k/a PRINCE DHANOA**

### **COUNTS 1-17 – Mail Fraud – 18 U.S.C. § 1341**

**Maximum Penalty**:  Not more than 20 years in prison and/or a fine of $250,000, or twice the gross loss or gross gain, whichever is greater [18:1341; 18:3571(b)(3), (d)]

**Supervised Release**:  Not more than 3 years [18:3583(b)(2) (Class C Felony – 18:3559(a)(3))]

**Special Assessment**:  $100 [18 U.S.C. § 3013]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

## **PAUL STEVEN LARSON**

### **COUNTS 1-17 – Mail Fraud – 18 U.S.C. § 1341**

**Maximum Penalty**:  Not more than 20 years in prison and/or a fine of $250,000, or twice the gross loss or gross gain, whichever is greater [18:1341; 18:3571(b)(3), (d)]

**Supervised Release**:  Not more than 3 years [18:3583(b)(2) (Class C Felony – 18:3559(a)(3))]

**Special Assessment**:  $100 [18 U.S.C. § 3013]

**Restitution**:  Mandatory [18 U.S.C. § 3663A]

Date:  October 5, 2021                                         */s/ Ronald M. Stella*
                                                               Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046