UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEOFFREY MARK TALSMA,

    Defendant.
_____/

Case No. 1:21-cr-00180

GOVERNMENT'S INITIAL PRETRIAL
CONFERENCE SUMMARY STATEMENT

**I.   DISCOVERY**

A.   Statements of Defendant

    1.   Oral Statements [Rule 16(a)(1)(A)]

☐   There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒   There are the following written records of oral statements: **statements to Postal Service representative on November 30, 2017 (FBI-001847; USPIS-000018); Voluntary Interview with FBI on 3/8/21 (FBI-002533); Voluntary Interview with FBI on 3/5/21 (FBI-002535);**

the substance of which
☐ has been disclosed to defense counsel
☒ will be disclosed to defense counsel by **at initial pretrial conference.**

    2.   Written or Recorded Statements [Rule 16(a)(1)(B)]

☒   There are no written or recorded statements or grand jury testimony of defendant.
☐   There are the following written or recorded statements or grand jury testimony:

All written or recorded statements
☐ have been disclosed to defense counsel
☐ will be disclosed to defense counsel by

B.   Defendant's Prior Record [Rule 16(a)(1)(D)]

☐   The government has made due inquiry and is not aware of any prior criminal record.
☒   The government has disclosed defendant's prior criminal history.  **Disclosed at IPTC.**
☐   The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C.  Documents and Tangible Objects [Rule 16(a)(1)(E)]

☐  The government has no documents, tangible objects, or physical evidence required to be disclosed.
☒  The government has the following documents, tangible objects, and physical evidence:
  ☐ Controlled Substances:
  ☐ Drug Paraphernalia:
  ☒ Records:  **Amazon records; Postal Service and private carrier shipping records; bank records; internet service provider records; cellular telephone records; textbook vendor records; rental vehicle records; debit and credit card transaction records.**
  ☐ Drug Records:
  ☐ Firearms:
  ☐ Inventory (attached)
  ☒ Other:  **audio recordings of Amazon concession calls; surveillance videos; pictures from surveillance; textbooks; MyVanilla visa cards and other debit or credit devices; cellular telephones recovered in search; Amazon shipping boxes recovered from prior residences of Talsma.**

☐  The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State
  ☒ Federal  (list case number and caption)  **All from United States District Court, W.D. Michigan**

*In the Matter of the Tracking of White Colored 2008 Porsche Cayenne Station Wagon, 1:18-MJ-220;*
*In the Matter of the Search of 1130 E. Osterhout Avenue; 1:21-MJ-114*
*In the Matter of the Search of Dark-Colored 2020 Dodge Caravan, 1:21-MJ-115;*
*In the Matter of the Search of 2012 Mercedes Benz Station Wagon, 1:21-MC-116;*
*In the Matter of the Search of TextNow account coronaschmona, 1:21-mj-221*

☒  They have been made available for inspection and copying by defense counsel. **Produced at IPTC.**
☐  Defense counsel should make arrangements with

D.  Reports of Examinations and Tests [Rule 16(a)(1)(F)]

☐  The government has no reports of examinations or tests required to be disclosed by Rule 16.
☒  The government has or expects to have reports of the following examinations and tests:

  ☐ Drug Analysis     ☐ Handwriting       ☐ Fingerprints
  ☐ DNA               ☐ Firearms/Nexus    ☐ Gun Operability
  ☒ Computer Forensics **of cell phones and other devices**   ☐ Other

E.  Reciprocal Discovery

☒  The government seeks reciprocal discovery.

F.  Notice Under FRE 404(b)

☐  The government does not presently intend to introduce 404(b) evidence.
☒  The government does presently intend to introduce the following 404(b) evidence:
**Records Talsma produced claiming return of books to Amazon;**
**Signature on False Verification of Employment for Defendant Larson;**
**False attestation of employment on loan applications to United Bay Community Credit Union;**

☐  The government will provide pretrial notice of 404(b) evidence by **IPTC.**

G.  Other Discovery Matters:

## II. TRIAL

A.  The government requests a ☒ jury  ☐ non-jury trial.

B.  Length of trial excluding jury selection is estimated at 4-5 days

## III. MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒  The government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.
☐  The government is aware of the following potential conflict(s):
☒  Government's plea negotiation policy: No concessions within 2 weeks of Final Pretrial Conference

Date: October 25, 2021			Ronald M. Stella
					Assistant United States Attorney