**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. GEOFFREY MARK TALSMA | | | | **DISTRICT JUDGE:** Hala Y. Jarbou | |
|---|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | | **PLACE** | **INTERPRETER** |
| 1:21-cr-180-01 | 2/25/2022 | 11:02 AM – 12:00 PM | | Lansing | N/A |

**APPEARANCES**

| Government: Ronald M. Stella | Defendant: Scott Graham | Counsel Designation: CJA Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ☐ Arraignment:<br>  ___mute  ___nolo contendre<br>  ___not guilty  ___guilty<br>☐ Final Pretrial Conference<br>☐ Detention    (waived ___)<br>☐ Motion Hearing<br>☐ Revocation/SRV/PV<br>☐ Bond Violation<br>☒ Change of Plea<br>☐ Sentencing<br>☐ Trial<br>☐ Other: _____ | ☐ Defendant's Rights<br>☐ Waiver of Indictment<br>☐ Other: _____<br><br>Court to Issue:<br>☐ Order of Detention<br>☒ Notice of Sentencing<br>☐ Order Appointing Counsel<br>☐ Other: _____ | Charging Document:<br>  ☒ Read   ☐ Reading Waived<br>Guilty Plea to Count(s) 8 and 28<br>of the Indictment<br><br>Count(s) to be dismissed at sentencing:<br>remaining counts<br><br>☒ Presentence Report Ordered<br>☐ Presentence Report Waived<br>☒ Plea Accepted by the Court<br>☐ Plea Taken under Advisement<br>☐ No Written Plea Agreement |

**SENTENCING**

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: ☐Yes ☐No<br>Defendant informed of right to appeal: ☐Yes ☐No<br>Counsel informed of obligation to file appeal: ☐Yes ☐No<br>Conviction Information:<br>  Date: _____<br>  By: _____<br>  As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Defendant's motion for bond (ECF No. 100) denied; order to issue.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |
| **CASE TO BE:** Set for Hearing | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Genevieve Hamlin | **Case Manager:** A. Seymore |